IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guarantee Company of North America-USA,<br><br>        Plaintiff,<br><br>v.<br><br>Falcone Brothers & Associates Incorporated, *et al.*,<br><br>        Defendants. | No. CV-18-00157-TUC-FRZ<br><br>**ORDER** |

    Plaintiff and Defendants Falcone Brothers, Mr. & Mrs. Gaetano Falcone, and Mr. & Mrs. Salvatore Falcone (the "Limited Defendants") submitted a joint Case Management Report that attests the parties have very limited, if any, genuine factual or legal disputes in this case. *See* Doc. 26 at pgs. 2–4. The Limited Defendants claim that they need more time to analyze the Amended Complaint before they can completely agree to that posture. *Id.* However, the deadline to file an Answer has already passed. *See* Doc. 25.

    Further, the Limited Defendants claim that because they "have still not filed their Answer to the Amended Complaint," they do not have to comply with the Mandatory Initial Discovery Pilot Project. *See id.* at pg. 7. This assertion is incorrect. *See* Doc. 4 (General Order 17-08) ("Parties must file answers, counterclaims, crossclaims, and replies within the time set forth in Rule 12(a)(1)-(3) even if they have filed or intend to file a motion to dismiss or other preliminary motion.... In cases removed from state court,

the responses must be filed within 30 days of removal...."). 

The joint Case Management Report also states that Plaintiff "requests that the Court set a settlement conference to assist the parties entertaining the possibility of settlement[, and that] the Limited Defendants agree." *See* Doc. 26 at pg. 6.

Finally, the parties have agreed to certain pretrial deadlines. *See id.* at pgs. 7–8.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Entry of Default (Doc. 25) is DENIED.[1]

IT IS FURTHER ORDERED that this matter is referred to U.S. Magistrate Judge Eric J. Markovich pursuant to LRCiv 83.10 for a settlement conference. Within seven days, the parties shall contact Judge Markovich's Chambers to agree on a mutually amenable date.

IT IS FURTHER ORDERED that the following deadlines shall govern this action:

    Completion of Discovery — February 15, 2019;

    Pretrial Disclosure of Fact Witnesses — November 30, 2018;

    Plaintiff's Expert Disclosure — January 15, 2019;

    Defendants' Expert Disclosure — February 1, 2019;

    Plaintiff's Rebuttal Expert Disclosure — February 15, 2019;

    Filing Dispositive Motions — March 26, 2019; and

    Lodging a Proposed Joint Pretrial Order — April 12, 2019 (or 30 days after any non-dispositive ruling on a dispositive motion).

Dated this 17th day of October, 2018.

    _____
    Honorable Frank R. Zapata
    Senior United States District Judge

---

[1] *See, e.g., Wendt v. Pratt*, 154 F.R.D. 229, 230 (D. Minn. 1994) ("Where a defendant appears and indicates a desire to contest an action, a court may exercise its discretion to refuse to enter default, in accordance with the policy of allowing cases to be tried on the merits.") (citing *Lee v. Brotherhood of Maintenance of Way Employees,* 139 F.R.D. 376 (D.Minn.1991), citing 10 Charles A. Wright, Arthur R. Miller & Mary K. Kane, *Federal Practice and Procedure* § 2682, at 411 (2d ed. 1983)).